United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEWIS,<br>Plaintiff,<br>v.<br>EDWARD J. BORLA,<br>Defendant. | Case No. 25-cv-02312-TLT<br><br>**ORDER OF DISMISSAL** |

Petitioner Darryl Lewis filed a petition for writ of habeas corpus challenging his parole denial. Dkt. No. 1. On September 10, 2026, the Court directed petitioner to pay the $5 filing fee or risk dismissal of the action. Dkt. No. 25. Petitioner filed a motion for extension of time to file an amended petition as well as a new *in forma pauperis* application. Dkt. Nos. 26 & 27. However, petitioner's trust account average balances show that the $5 fee would be nominal. Dkt. No. 27.

Because petitioner has not paid the filing fee, the case is dismissed without prejudice. Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must be accompanied by payment of the $5 fee, or by an updated *in forma pauperis* application that demonstrates a lack of ability to pay such fee.

This order terminates docket numbers 26 and 27.

**IT IS SO ORDERED.**

Dated: October 5, 2026

TRINA L. THOMPSON
United States District Judge